# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

MAY 26 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| United States of America<br>v.<br>Pamela Stephanie Emanuel<br><br>*Defendant* | )<br>)<br>) Case No. 17-mj-70703 MAG -01<br>)<br>) Charging District's<br>) Case No. 2:17-CR-0060 MCE |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Eastern  District of  California  ,
*(if applicable)*  Sacramento  division. The defendant may need an interpreter for this language:
_____.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  05/26/2017 

_____
*Judge's signature*

Nathanael Cousins
*Printed name and title*